**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF BENCHMARK 2019-B13 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-B13, | : : : : : : : : : |
|  | : Civil Case No.: 1:24-cv-01162 |
| Plaintiff, | : |
|  | : |
| -against- | : |
|  | : |
| SONIAL PATEL and MONICA PATEL, | : |
|  | : |
| Defendants. | : |
|  | : |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the

above-captioned action is voluntarily dismissed **without** prejudice pursuant to Federal Rule of

Civil 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

Dated: July 2, 2026

DUANE MORRIS LLP

_____/s/ Sarah Fehm Stewart_____
Sarah Fehm Stewart
200 Campus Drive, Suite 300
Florham Park, NJ 07932
973-424-2061
sfstewart@duanemorris.com

THOMPSON & SKRABANEK, PLLC

_____
John J. Thompson
515 Madison Avenue, 31st Floor
New York, NY 10022-5418
646-568-4010
jt@ts-firm.com